UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK T. DAVIS,  )
                )
      Plaintiff(s),  )   No. C 07-5258 BZ
                )
   v.           )
                )   **ORDER DENYING IFP**
MICHAEL J. ASTRUE,  )   **APPLICATION**
Commissioner of Social  )
Security Administrative,  )
                )
      Defendant(s).  )
_____)

Plaintiff's application to proceed *in forma pauperis* is **DENIED**, in view of plaintiff's spouse's income. See e.g. Tetzner v. Kootenai County, 2007 WL 3046457, *1 (D.Idaho); Chapman v. Merchandise Mart Properties, 2007 WL 9222258 (D.Vt.) citing Fridman v. The City of New York, 195 F.Supp.2d 534, 537 (S.D.N.Y. 2002); Welch v. Great Expectation Services Center, Inc., 1997 WL 578667, *1(N.D. Cal.).

Dated: January 16, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\DAVIS V. ASTRUE\ORDER DENYING IFP.wpd

1