BETTY HERRERA (242189)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK T. DAVIS, ) | Civil No. C07-05258 BZ |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (45) days up through and including Monday, August 18, 2008 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by the number of other cases Plaintiff's counsel currently needs to brief for this court (12) in and around this time period.

1

STIPULATION AND ORDER

JOSEPH P. RUSSONIELLO  
United States Attorney

Dated: June 25, 2008    /s/  
THEOPHOUS H. REAGANS  
Special Assistant U.S. Attorney

Dated: June 25, 2008    /s/  
BETTY HERRERA  
Attorney for Plaintiff  
MARK T. DAVIS

IT IS SO ORDERED.

Dated: June 26, 2008    *[signature]*  
HON. BERNARD ZIMMERMAN  
United States Magistrate Judge



2

STIPULATION AND ORDER