BETTY HERRERA (242189)
**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK T. DAVIS, | Civil No. C07-05258 BZ |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (45) days up through and including Monday, August 18, 2008 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently needs to brief for this court (12) in and around this time period.

1

STIPULATION AND ORDER

| | | |
|---|---|---|
| | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: June 25, 2008 | | /s/<br>THEOPHOUS H. REAGANS<br>Special Assistant U.S. Attorney |
| Dated: June 25, 2008 | | /s/<br>BETTY HERRERA<br>Attorney for Plaintiff<br>MARK T. DAVIS |

IT IS SO ORDERED.

Dated: June 26, 2008

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Bernard Zimmerman]*

STIPULATION AND ORDER