HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK T. DAVIS, | ) No.: 07-05258 BZ |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND ORDER FOR |
| | ) DISMISSAL |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice. Each party shall bear their own attorney's fees and costs.

1

STIPULATION AND ORDER

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: August 18, 2008    /s/
THEOPHOUS REAGANS
Special Assistant U.S. Attorney

Dated: August 18, 2008    /s/
BETTY HERRERA
Attorney for Plaintiff
MARK T. DAVIS

IT IS SO ORDERED.

Date: August 18, 2008    
HON. BERNARD ZIMMERMAN
United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION AND ORDER