HARVEY P. SACKETT (72488)
SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MARK T. DAVIS, | ) No.: 07-05258 BZ |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER FOR ) DISMISSAL |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) ) ) ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice. Each party shall bear their own attorney's fees and costs.

1

STIPULATION AND ORDER

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: August 18, 2008

*/s/*
THEOPHOUS REAGANS
Special Assistant U.S. Attorney

Dated: August 18, 2008

*/s/*
BETTY HERRERA
Attorney for Plaintiff
MARK T. DAVIS

IT IS SO ORDERED.

Date: August 18, 2008

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman

STIPULATION AND ORDER